UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
NOV 19 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIV. 08-4109 |
| Plaintiff, | |
| -vs- | JUDGMENT |
| AIR WISCONSIN AIRLINES CORPORATION, d/b/a United Express, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the parties' Stipulations (Docs. 27 & 28), it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's complaint is DISMISSED with prejudice, each party to pay its own costs.

Dated this 19th day of November, 2008.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge